IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMBIX INTERNATIONAL, INC.,** | ) | |
| | ) | 8:04CV342 |
| **Plaintiff,** | ) | |
| | ) | ORDER FOR CONFIDENTIALITY |
| v. | ) | AND PROTECTIVE ORDER |
| | ) | |
| **Sav-Rx, L.L.C., a Nebraska** | ) | |
| **Corporation, and MELALEUCA,** | ) | |
| **INC., an Idaho corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The court having received from the parties a second stipulation for confidentiality and protective order (Filing No. 98), and good cause appearing, it is hereby ordered that any information which Melaleuca has produced at trial, whether in written form or by testimony, shall be considered confidential information; the information shall be utilized solely for determining the issues at trial; no party or that party's representative shall further disseminate any such information; and at the conclusion of this litigation all confidential information, including all copies of same, shall either be turned over to the producer or destroyed.

The attorneys for the parties are responsible for employing reasonable measures to control, consistent with this order, duplication of, access to and distribution of confidential information. The provisions of this order shall remain in effect at the conclusion of this case. The court shall retain jurisdiction over this order and the parties' counsel for purposes of enforcing the terms of this order for confidentiality and protective order.

**IT IS SO ORDERED.**

DATED this 14th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge